CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal
Louis A. Lipner

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
*In re*                                                   :   Chapter 11
:
American Roads LLC, *et al.*,[1]                          :   Case No. 13-12412 (BRL)
:
                Debtors.   :   Jointly Administered
:
:
:
------------------------------------------------------------X

**NOTICE OF FILING OF THE PLAN SUPPLEMENT**
**FOR THE DEBTORS' JOINT PREPACKAGED CHAPTER 11 PLAN**

      PLEASE TAKE NOTICE that on August 21, 2013, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the *Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan* (the "Plan Supplement"), a copy of which is attached hereto, with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Alabama Black Warrior Parkway, LLC [2479], Alabama Emerald Mountain Expressway Bridge, LLC [2480], Alabama Toll Operations, LLC [2483], American Roads Holding LLC [3194], American Roads LLC [3196], American Roads Technologies, Inc. [2016], Central Alabama River Parkway, LLC [2478], Detroit Windsor Tunnel LLC [1794], DWT, Inc. [7182] and The Baldwin County Bridge Company L.L.C. [8933]. For the purpose of these cases, the service address for the Debtors is: 100 East Jefferson Avenue, Detroit, Michigan 48226.

PLEASE TAKE FURTHER NOTICE that the Plan Supplement is being filed in support of confirmation of the *Debtors' Joint Prepackaged Chapter 11 Plan* [D.I. 21] (as amended from time to time, the "Plan"). Capitalized terms used but not defined herein have the meanings set forth in the Plan.

PLEASE TAKE FURTHER NOTICE that the documents constituting the Plan Supplement are annexed hereto as Exhibits A through G. The Plan Supplement is comprised of the following documents, each of which may be altered, amended, modified or supplemented as set forth below:

| | |
|---|---|
| Exhibit A | Management Incentive Plan |
| Exhibit B | Bond Release Offer Mechanics |
| Exhibit C | Rejection Schedule |
| Exhibit D | Amended Schedule of Executory Contracts and Unexpired Leases Assumed by the Debtors |
| Exhibit E | Directors and Officers of the Reorganized Debtors |
| Exhibit F | Form of New Corporate Governance Documents |
| Exhibit G | Reorganized Debtors' Organizational Chart |

PLEASE TAKE FURTHER NOTICE that the Debtors expressly reserve the right, subject to the terms and conditions set forth in the Plan, to alter, amend, modify or supplement any document in the Plan Supplement; provided, to the extent any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect prior to the Confirmation Hearing, the Debtors will file a blackline of such document with the Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that the Confirmation Hearing will be held before the Honorable Burton R. Lifland, United States Bankruptcy Judge, **on August 28, 2013 at 10:00**

2

**a.m. (prevailing Eastern Time)**, in Court Room 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.  Please be advised that the Confirmation Hearing may be continued from time to time by the Bankruptcy Court without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

PLEASE TAKE FURTHER NOTICE that copies of the Plan and the Plan Supplement may be obtained for free from the Debtors' proposed claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/AmericanRoads or for a fee via PACER at http://www.nysb.uscourts.gov/.

| | |
|---|---|
| Dated:  August 21, 2013<br>New York, New York | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>*/s/ Sean A. O'Neal*<br>Sean A. O'Neal<br>Louis A. Lipner<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |