CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Sean A. O'Neal
Louis A. Lipner

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
:
*In re*                                                  :    Chapter 11
:
American Roads LLC, *et al.*,[1]                         :    Case No. 13-12412 (BRL)
:
                                    Debtors.             :    Jointly Administered
:
:
:
:
---------------------------------------------------------X

**AMENDED[2] AGENDA FOR AUGUST 28, 2013 HEARING**

| | |
|---|---|
| **Time, Date and Location of Hearing:** | **August 28, 2013 at 10:00 a.m. (Eastern Time)** <br> The Honorable Burton R. Lifland, United States Bankruptcy Judge, Court Room 623 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 |
| **Copies of Motions:** | Copies of the pleadings may be obtained for free from the Debtors' proposed claims and noticing agent, Epiq Bankruptcy Solutions, LLC, at http://dm.epiq11.com/AmericanRoads or for a fee via PACER at http://www.nysb.uscourts.gov/. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are: Alabama Black Warrior Parkway, LLC [2479], Alabama Emerald Mountain Expressway Bridge, LLC [2480], Alabama Toll Operations, LLC [2483], American Roads Holding LLC [3194], American Roads LLC [3196], American Roads Technologies, Inc. [2016], Central Alabama River Parkway, LLC [2478], Detroit Windsor Tunnel LLC [1794], DWT, Inc. [7182] and The Baldwin County Bridge Company L.L.C. [8933]. For the purpose of these cases, the service address for the Debtors is: 100 East Jefferson Avenue, Detroit, Michigan 48226.

[2] Items added since original agenda are noted in **bold**.

**Matters To Be Heard at August 28, 2013 Hearing**

    **I.**    **Contested Matters:**

1. Standing of Ad Hoc Committee of Bondholders To Be Heard in These Chapter 11 Cases

    Briefing Deadline: August 26, 2013 at 4:00 p.m.

    Pleadings:

    A. Memorandum of Law of the Ad Hoc Committee of Bondholders in Support of its Standing to Participate in These Chapter 11 Cases [D.I. 119]

    B. Debtors' Memorandum of Law in Support of Denial of Standing to Ad Hoc Committee [D.I. 120]

    C. Declaration of Bojan Guzina in Support of Memorandum of Law of the Ad Hoc Committee of Bondholders in Support of Its Standing to Participate in These Chapter 11 Cases [D.I. 121]

    D. Memorandum of Law of Syncora Guarantee Inc. In Support of the Ad Hoc Committee Bondholders Lack of Standing to Object to Confirmation of the Debtors Joint Prepackaged Chapter 11 Plan [D.I. 122]

    Status: This matter is going forward on a contested basis.

2. Emergency Motion of the Ad Hoc Committee of Bondholders for an Order Adjourning the Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 79]

    Response Deadline: August 23, 2013 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection to the Emergency Motion of the Ad Hoc Committee of Bondholders for an Order Adjourning the Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 108]

    B. Syncora Guarantee Inc.'s Joinder to Debtors' Objection to the Emergency Motion of the Ad Hoc Committee of Bondholders for an Order Adjourning the Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 114]

    Related Pleadings:

    A. Motion of the Ad Hoc Committee of Bondholders Pursuant to Bankruptcy Rule 9006(C) and Local Rule 9006-1 to Shorten the Notice Period with Respect to Emergency Motion of the Ad Hoc Committee of Bondholders for an Order

    Adjourning the Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of Debtors Joint Prepackaged Chapter 11 Plan [D.I. 80]

  B. Order signed on Shortening the Notice Period with Respect to Emergency Motion of the Ad Hoc Committee of Bondholders for an Order Adjourning the Combined Hearing to Consider the Adequacy of the Disclosure Statement and Confirmation of Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 99]

  <u>Status</u>: This matter is going forward on a contested basis.

3. Debtors' Motion for an Order (A) Approving the Solicitation Procedures, (B) Approving the Adequacy of the Disclosure Statement, and (C) Confirming the Plan [D.I. 14]

  <u>Response Deadline</u>: August 21, 2013 at 4:00 p.m.

  <u>Responses Received</u>:

  A. Preliminary Objection of the Ad Hoc Committee of Bondholders to Approval of the Debtors' Disclosure Statement and Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 96]

  <u>Related Pleadings</u>:

  A. Declaration of Neal Belitsky in Support of First Day Motions and Applications in Compliance with Local Rule 1007-2 [D.I. 3]

  B. Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 21]

  C. Disclosure Statement for the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 22]

  D. Notice of Filing of Modified Exhibit to Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 58]

  E. Notice of Filing of the Plan Supplement for the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 98]

  F. Debtors' Memorandum of Law in Support of Entry of an Order (I) Approving (A) the Debtors' Disclosure Statement Pursuant to Sections 1125 and 1126(b) of the Bankruptcy Code and (B) Solicitation Procedures, and (II) Confirming the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 107]

  G. Declaration of Mary Jane Constant in Support of Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 109]

  H. Declaration of Neal Belitsky in Support of Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 110]

  I. Declaration of Eric Mendelsohn in Support of Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 111]

J.  Supplemental Declaration of Neal Belitsky in Further Support of Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 113]

K.  **Reply of Syncora Guarantee Inc. to The Ad Hoc Committee's Preliminary Objection to Confirmation of the Debtors' Joint Prepackaged Chapter 11 Plan [D.I. 112]**

L.  Notice of Proposed Order Approving Debtors' Disclosure Statement for, and Confirming, Debtors Joint Prepackaged Chapter 11 Plan [D.I. 116]

<u>Status</u>: This matter is going forward on a contested basis.

Dated:  August 27, 2013
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Sean A. O'Neal*
Sean A. O'Neal
Louis A. Lipner
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors
and Debtors in Possession*